**Gordon Todd SKINNER, Plaintiff—Appellant,**

v.

**Craig DENNY; et al., Defendants—Appellees.**

No. 07–15014.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 13, 2008.*

Filed Nov. 25, 2008.

Gordon Todd Skinner, El Reno, OK, pro se.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Robert Lawrence Ellman, Esquire, Assistant U.S., Office of the U.S. Attorney, Las Vegas, NV, for Defendants–Appellees.

Before: WALLACE, LEAVY, and THOMAS, Circuit Judges.

MEMORANDUM **

Gordon Todd Skinner, a Nevada federal prisoner, appeals pro se from the district court's dismissal, pursuant to 28 U.S.C. § 1915A, of his *Bivens* action as barred by *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo. *Weilburg v. Shapiro,* 488 F.3d 1202, 1205 (9th Cir.2007). We may affirm on any ground supported by the record. *Bodine v. Graco, Inc.,* 533 F.3d 1145, 1148 (9th Cir.2008). We affirm.

The district court correctly concluded that Skinner's deprivation of property claim was untimely, because Skinner was aware of the alleged injury more than two years before he filed suit. *See* Nev. Rev. State. § 11.190(4)(e); *Van Strum v. Lawn,* 940 F.2d 406, 410 (9th Cir.1991) (holding that personal injury statute of limitations under state law applies to *Bivens* claims); *Lukovsky v. City and County of San Francisco,* 535 F.3d 1044, 1051 (9th Cir. 2008) (concluding that a claim accrues under federal law when a plaintiff becomes aware of the injury, not when she suspects a legal wrong).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

We need not decide whether Skinner's Fifth Amendment claim is *Heck*-barred, because his allegations do not state a claim for relief under *Bivens*. *See Crist v. Leippe*, 138 F.3d 801, 805 (9th Cir.1998) (affirming dismissal of *Bivens* action because plaintiff could not show that he suffered an injury due to government action).

We deny all pending motions.

**AFFIRMED.**